**Lewis Edward SINGER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41337.**

Missouri Court of Appeals,
Western District.

May 23, 1989.

Gary William Smith, Sedalia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from summary denial of Rule 27.-26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).